United States District Court
Southern District of Texas
**ENTERED**
October 25, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Bobby C. Wooten, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-17-3135 |
| | § | |
| Lorie Davis, | § | |
|    Respondent. | § | |

## Report and Recommendation

Wooten filed his petition for writ of habeas corpus on January 4, 2018. He was in pretrial detention at the Harris County Jail when he filed it. In his first ground for relief, Wooten complained that he had been falsely imprisoned. In the second ground for relief, he raised a speedy trial claim. Wooten requested as relief either a speedy trial or dismissal of all charges.

Wooten's charges have been dismissed and he has been released from custody. While he was in "custody" for purposes of 28 U.S.C. § 2254 when he filed his petition, his release renders his petition moot. *Kaltenbach v. Whitley*, 82 F.3d 414 (5th Cir. 1996) (unpublished). Because he was not convicted of the crime for which he was being held, Wooten will not suffer any collateral consequences due to his pretrial detention. There is no other relief that this court can grant to Wooten in this section 2254 action. The court therefore recommends that Wooten's petition be dismissed as moot.

The parties have 14 days from service of this memorandum and recommendation to file written objections. Failure to timely file objections will preclude appellate review of factual findings or legal

conclusions, except for plain error. *See* Rule 8(b) of the Rules Governing Section 2254 Cases; 28 U.S.C. § 636(b)(1)(c); FED. R. CIV. P. 72.

Signed at Houston, Texas, on October 23, 2018.

_____
Peter Bray
United States Magistrate Judge