UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 26, 2018
David J. Bradley, Clerk

Bobby C. Wooten, §
    Petitioner, §
§
v. §     Civil Action H-17-3135
§
Lorie Davis, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
    Respondent. §

## Order of Adoption

On October 23, 2018, Magistrate Judge Peter Bray recommended that Wooten's petition for writ of habeas corpus be denied. (D.E. 15.) Wooten did not object to the court's recommendation but did file a letter seeking compensation for losses he suffered while incarcerated. (D.E. 17.) Damages are not available in this habeas corpus case, and Wooten's request is denied.

The petition for writ of habeas corpus is denied with prejudice. A certificate of appealability will not be issued. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The court will issue a separate final judgment.

Signed _____December 26_____, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge